IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-60776
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,


versus

JOHN P. TOHILL,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. CRE89-91-D
- - - - - - - - - -
August 30, 1996

Before DAVIS, EMILIO M. GARZA and PARKER, Circuit Judges.

PER CURIAM:[*]

    Appellant John P. Tohill, # 20566-078, appeals the district court's denial of his Fed. R. Crim. P. 36 motion to correct his judgment of conviction for clerical error.  Having reviewed the record and Tohill's arguments on appeal, we are satisfied that no clerical error occurred.  The appeal is hereby dismissed as frivolous.

    DISMISSED.

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.